IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 10-0412CCC

1) JOSE A. RODRIGUEZ-LESPIER
2) ROLANDO NATLA-SABATER
3) RENE RAMIREZ-ALZAMORA
4) RUBEN FERNANDEZ-LOPEZ
5) MANUEL PEREZ-HUERTAS
6) MAGALI L. FERNANDEZ-LOPEZ
7) MELISSA MADERA-LABOY
8) CARLOS D. MARTINEZ-MENDOZA
9) **ERIC C. GONZALEZ-MELENDEZ**
10) WILFREDO LOPEZ-MARTINEZ
11) CARLOS RIVERA-VELAZQUEZ
12) CRISTOBAL MUÑOZ-GARCIA
13) JOSE M. ALBIZU-RIVERA
14) JUAN M. LOPEZ-COLON
15) JOSE A. COSME-MALDONADO
16) RUFINO COLON-PEREZ
17) MARIA L. COLON-VEGA
18) EDWIN GARCIA-RIOS
19) WILLIAM FLORES-LESPIER
20) RAFAEL IRIZARRY-SANTOS
21) WILLIAM ROSADO-GUZMAN
22) NIURKA M. MUÑOZ-GOMEZ
23) JOSE M. GOMEZ-ZALDO
24) CARLOS R. RODRIGUEZ-VEGA
25) SANTOS R. MONTES-MONTALVO
26) SOTERO GONZALEZ-LOPEZ
27) FELIX MALDONADO-RIOS
28) ERIC H. GONZALEZ-CHACON
29) JOSE J. FELICIANO-RIVERA
30) JOSE E. LOPEZ-MIRANDA
31) MELVIN J. OJEDA-VAZQUEZ
32) JAVIER O. PEREZ-HERNANDEZ
33) GUSTAVO A. VELEZ-OQUENDO
34) LORIMAR SANTIAGO-RODRIGUEZ

Defendants

---

**ORDER**

Having considered the Report and Recommendation filed on February 22, 2012 (**docket entry 595**) on a Rule 11 proceeding of defendant Eric C. González-Meléndez (9) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on February 15, 2012, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of

CRIMINAL 10-0412CCC

defendant González-Meléndez is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 15, 2012.  The **sentencing hearing is set for May 15, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 21, 2011.


S/CARMEN CONSUELO CEREZO
United States District Judge